614 A.2d 614
STATE OF NEW JERSEY, v. FREDERICK WILLIAMS.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is denied; and it is further

ORDERED that the resentencing ordered by the Appellate Division shall be in accordance with *State v. Raymond Vasquez,* 129 *N.J.* 189, 609 *A.*2d 29 (1992).

614 A.2d 614
STATE OF NEW JERSEY, v. DAPHNE LEWIS.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted; and it is further

ORDERED that the matter is summarily remanded to the Law Division for the prosecutor to state on the record the reasons for the decision to waive a part of the parole-ineligibility period and, if appropriate, for reconsideration of defendant's sentence, giving due weight to the mitigating factor of cooperation. (See *State v. Raymond Vasquez,* 129 *N.J.* 189, 609 *A.*2d 29 (1992)).

Jurisdiction is not retained.